Benito Garza #1957561
3001 S. Emily Dr.
Beeville, TX 78102



RECEIVED IN
COURT OF CRIMINAL APPEALS
SEP 02 2015
Abel Acosta, Clerk

August 28, 2015

RE: Motion to Extend time for filing PDR

Dear Clerk,

Please find my Motion to extend time "with certificate of service." I filed a Motion to extend time but I failed to provide proper service.

I have not recieved notice as to whether that motion to extend time was granted or denied because I did'nt provide service? So I am filing this "correct" motion with proper service just in case. If my other motion was granted please do not file this one as it would be redundant. But if my other motion was denied because of incomplete service, please file this moiton immediately.

Thank you for your time and attention in ths matter. I look forward to your timely response.

Respectfully,

Benito Garza
Benito Garza

NO._____

| | | |
|---|---|---|
| BENITO GARZA | § | |
| (PETITIONER) | | IN THE COURT OF |
| | § | |
| V. | | CRIMINAL APPEALS |
| | § | |
| THE STATE OF TEXAS | | OF TEXAS |
| (RESPONDENT) | § | |

Pro Se Motion for Extension of Time
to File Petition for Discretionary Review

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

COMES NOW the Appellant/Petitioner in the above-styled and numbered cause and respectfully moves this Honorable Court to extend the time for filing the Appellant's Petition for Discretioary Review in this cause and in support would show to the Court the following:

1. The style and number of this case in the Court of Appeals is: Benito Garza v. The State of Texas.Appeal No.04-14-00682-CR

2. The style and number of the case in the trial court is: The State of Texas v. Benito Garza, Cause No.2013-CR-9168; from the 187th District Court of Bexar County, Texas.

3. Appellant was convicted of the felony offense of murder a first degree felony.

4. Judgement was entered on September 26,2014 and punishment was assessed at 60 years confinement in the Texas Department of Criminal Justice-Institutional Division.

5. The conviction was affirmed in the Court of Appeals on August 5,2015

1.

6. The deadline for filing Appellant's Petition for Discretionary Review in this cause is September 4,2015

7. An extension of time for a period of sixty (60) days is requested that would make the due date November 3,2015.

8. A prior request was made"without certificate of service".

9. The facts relied upon to show good cause for the requested extension are, as follows: The Appellant/Petitioner was represented by court appointed counsel during the appeal of this case to the Court of Appeals. The Appellant/Petitioner has elected to proceed pro se. Therefore, additional time is needed for the Appellant/Petitioner to either prepare and file the Petition pro se or to seek legal assistance in filing the Petition.

WHEREFORE PREMISES CONSIDERED, the Appellant/Petitioner respectfully requests that this Honorable Court extend time for filing the Petition for Discretionary Review in this cause to November 3, 2015.

Respectfully submitted,

Benito Garza #1957561
3001 S. Emily Dr.
Beeville, TX 78102

2.

## CERTIFICATE OF SERVICE

The Appellant/Petitioner hereby certifies that a true and correct copy of the foregoing Motion has been mailed to the District Attorney of Bexar County, 101 W.Nueva Street, San Antonio, Texas 78205 and also the State Prosecuting Attorney, P.O. Box 12405, Capital Station, Austin, Texas 78711, through the prison mailing system postage pre-paid on August 28,2015.

Benito Garza